58 A.3d 481

Gregory HALL, et al.

v.

PRINCE GEORGE'S COUNTY DEMOCRATIC
CENTRAL COMMITTEE, et al.

No. 100, Sept. Term, 2012.

Court of Appeals of Maryland.

Jan. 4, 2013.

Irwin R. Kramer (Kramer & Connolly, Reisterstown, MD), on brief, for appellants.

Walter W. Green (Law Office of Walter W. Green, College Park, MD; Carlton M. Green of Green & Steelman, College Park, MD), on brief, for appellants.

Matthew J. Fader, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD, and Dan Friedman, Asst. Atty. Gen., Annapolis, MD), on brief, for appellees.

Joseph E. Sandler (Elizabeth F. Getman of Sandler, Reiff, Young & Lamb, P.C., Washington, DC), on brief, for appellees.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA, and McDONALD, JJ.

## ORDER

For reasons to be stated in an opinion later to be filed, it is this 4th day of January, 2013

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit Court for Prince George's County be, and it is hereby, affirmed.